JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. KINDLE,<br><br>Plaintiff,<br><br>vs.<br><br>KAPLAN INTERNATIONAL,<br><br>Defendants. | **Case No.: 2:18-cv-09912-AB-MMA**<br><br>Honorable Andre Birotte Jr.<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

# ORDER

Pursuant to the Parties' stipulation, and for good cause shown, Plaintiff Andrew S. Kindle ("Plaintiff) individual claims in this action against Defendant Kaplan International North America, LLC (erroneously sued as "KAPLAN INTERNATIONAL") ("Defendant") are hereby ordered DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: May 14, 2019

_____
Hon. André Birotte Jr.